IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN F. CAREY, | ) |
|           Plaintiff, | ) ) ) ) Case No. 1:25-cv-69 |
| v. | ) ) |
| SCI ALBION, *et al.*, | ) ) |
|           Defendants. | ) |

## ORDER

Plaintiff John F. Carey, an inmate at the State Correctional Institution at Albion ("SCI Albion"), commenced the instant lawsuit by lodging a complaint under 42 U.S.C. §1983, which names SCI Albion and several individuals as Defendants. On November 25, 2025, Chief United States Magistrate Judge Richard A. Lanzillo issued a Report and Recommendation ("R&R"), recommending that Plaintiff's claims against Defendant SCI Albion be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and that SCI Albion be terminated as a party in this case. ECF No. 13. Judge Lanzillo correctly observed in his R&R that prisons are not "persons" that can be sued under 42 U.S.C. §1983. In his response filed at ECF No. 14, Plaintiff indicated his agreement with the Report and Recommendation and further stated that he was withdrawing his claims against SCI-Albion.

Accordingly, after *de novo* review of the documents in the case, including the operative pleading, the Chief Magistrate Judge's R&R, and Plaintiff's response thereto,

IT IS ORDERED, this 22nd day of January 2026, that the claims against Defendant SCI-Albion shall be, and hereby are, DISMISSED with prejudice, and the Report and

1

Recommendation issued by Chief U.S. Magistrate Judge Richard A. Lanzillo on November 25, 2025, ECF No. [13], is adopted as the opinion of this Court.

*[signature]*

SUSAN PARADISE BAXTER
United States District Judge